```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ELI LILLY AND COMPANY,                                     :
                                                           :
                              Petitioner,                  :
                                                           :         20-mc-654 (VSB)
            -against-                                      :
                                                           :                **ORDER**
SCOTT LEWIS,                                               :
                                                           :
                              Respondent.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

On December 2, 2020, Petitioner initiated this action by filing a motion to compel compliance with a subpoena pursuant to Federal Rule of Civil Procedure 45.  (Doc. 1.)  On December 15, 2020, Petitioner moved to withdraw its motion to compel and all supporting documents on grounds that Respondent no longer lives within 100 miles of this District.  (Doc. 15.)  Accordingly, it is hereby:

ORDERED that Petitioner's motion to withdraw its motion to compel is GRANTED. The Clerk's office is directed to terminate the open motions at Documents 1, 3, and 10, and to close this case.

SO ORDERED.

Dated: December 16, 2020
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge